SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Sacramento Valley Financial, Inc., et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-01152-JAM-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ANTHONY JOSEPH OBERTI; MICHAEL DAVID PUTMAN AND ORDER**<br><br>Complaint Filed:  APRIL 28, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Anthony Joseph Oberti; Michael David Putman) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Anthony Joseph Oberti; Michael David Putman) are dismissed because these Defendants are not proper parties to this action.

Dated: May 29, 2009　　　　　　　　　　　　/s/Scott N. Johnson
　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　CIV: S-09-01152-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

3 Dated: May 29, 2009          /s/ John A. Mendez
                                U. S. DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-01152-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com